# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

SHANE CLIFFORD REIS

NO. 2025 KW 0666

**JULY 31, 2025**

---

In Re:    State of Louisiana, applying for supervisory writs, 22nd
          Judicial District Court, Parish of St. Tammany, Nos.
          0151-F-2024, 0152-F-2024, 0153-F-2024.

---

**BEFORE:    LANIER, WOLFE, AND HESTER, JJ.**

   **WRIT DENIED.**

                              WIL
                              EW
                              CHH

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
     FOR THE COURT